## Dr. A. I. Doktorsky and Mrs. A. I. Doktorsky, his Wife, Appellees, v. Martin M. Levitt, Appellant.

**Gen. No. 45,364.** 

Mark J. Satter, for appellant; Eugene Lieberman, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed June 1, 1951; released for publication June 22, 1951.